

# Fourth Court of Appeals
## San Antonio, Texas

January 24, 2022

No. 04-21-00420-CV

Juliann **CASTRO**,
Appellant

v.

**SCHLUMBERGER TECHNOLOGY CORPORATION** and Christopher Jones,
Appellees

From the 454th Judicial District Court, Medina County, Texas
Trial Court No. 19-03-25646-CV
The Honorable Daniel J. Kindred, Judge Presiding

# O R D E R

Sitting:      Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice

On October 27, 2021, the district clerk filed the clerk's record in this appeal. However, on December 22, 2021, the parties in the appeal filed a joint motion requesting that the clerk's record be revised in toto due to several apparent defects. *See* TEX. R. APP. P. 34.5(d).

Therefore, we ORDER the district clerk to file a revised record within thirty days of this order. *See id*. The clerk's record will not be deemed filed for purposes of Rule 38.6 (Time to File Briefs) until the revised record is submitted. *See id*. R. 38.6. "The clerk may consult with the parties concerning the contents of the clerk's record." *Id*. R. 34.5(h). We direct the clerk to confer with parties regarding their broad concerns about the current record.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of January, 2022.



MICHAEL A. CRUZ, Clerk of Court